```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

ALEX STRICKLAND,                    *

      Plaintiff,               *

vs.                                 *
                                     CASE NO. 4:06-CV-31 (CDL)
W. W. ADAMSON, et al.,              *

      Defendants.              *

                                 *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 8, 2006, is hereby approved, adopted, and made the Order of the Court.

Although Plaintiff did not file objections to the Report and Recommendation, his "Motion for Reconsideration for Opposition for Defendants' Motion to Dismiss" and his "Statement of Uncontested Material Facts as to Which There is a Genuine Issue to be Tried on Behalf of the Plaintiff" have been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 2nd day of November, 2006.

                                              S/Clay D. Land
                                                  CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE